IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DEBORAH K. JEFFERY                                                                PLAINTIFF

V.                                         NO. 12-3023

MICHAEL J. ASTRUE,
Commissioner of the Social Security Administration                 DEFENDANT

## ORDER OF DISMISSAL

Before the Court is Plaintiff's Motion to Dismiss. (Doc. 8). Plaintiff now concedes that substantial evidence supports the decision of the Appeals Council finding her disabled as of October 14, 2011, instead of February 1, 2009, the alleged onset date, and seeks dismissal of her complaint.

Based upon the foregoing, the Court hereby dismisses this matter.

IT IS SO ORDERED this 11th day of October, 2012.

*s/ Erin L. Setser*
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)